Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
ANITA M. REHANA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANITA M. REHANA, | |
|---|---|
| Plaintiff, | Case No.: 2:16-cv-00006-EFB |
| v. | STIPULATION FOR FIRST 30 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her Motion for Summary Judgment/Remand be extended thirty (30) days until August 5, 2016.  This is Plaintiff's first request for an extension of time.  Despite due diligence, Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to counsel's current workload which has involved conflicting deadlines in unrelated matters

///
///
///
///
///
///
///
///

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

| | |
|---|---|
| Dated: July 5, 2016 | Respectfully submitted, |
| | /s/ *Jared T. Walker* |
| | Jared T. Walker, |
| | Attorney for Plaintiff |

SO STIPULATED:

                                                   PHILLIP A. TALBERT
                                                   United States Attorney

Dated:                                  By:    /s/ *Geralyn Gulseth, Esq. for Cynthia DeNardi\**
                                                         (*authorized by e-mail on 7/5/2016*)
                                                         Cynthia B. De Nardi
                                                          Special Assistant United States Attorney
                                                         Attorneys for Defendant

                                                         <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  July 11, 2016.                                 *[signature]*
                                                      HON. EDMUND F. BRENNAN
                                                      U.S. Magistrate Judge