1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   ANITA M. REHANA
6

7                    IN THE UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9  ANITA M. REHANA,
                                        Case No.: 2:16-cv-00006-EFB
10
         Plaintiff,                     JOINT STIPULATION AND ~~PROPOSED~~
11                                      ORDER TO AMEND SCHEDULING
         v.                             ORDER
12
   CAROLYN W. COLVIN,
13 Acting Commissioner of Social Security,

14       Defendant.

15

16       Plaintiff Anita M. Rehana and defendant Commissioner of Social Security, through their

17 counsels of record, jointly request to amend the Court's Scheduling Order in this action as follows.

18       IT IS STIPULATED, that the time for Plaintiff to file her Motion for Summary Judgment be

19 extended seven (7) days until August 12, 2016.  This will be the final extension of time Plaintiff may

20 request. It is further stipulated that Defendant's deadline to respond to Plaintiff's Motion for

21 Summary Judgment be extended through October 15, 2016. The parties require this mutual

22 extension of time due to conflicting obligations and deadlines for the parties' respective counsel of

23 record in unrelated matters.  This requested extension is not sought for purposes of delay.

24 ///

25 ///

26 ///

27 ///

28 ///

Dated: August 3, 2016

Respectfully submitted,

/s/ *Jared T. Walker*
Jared T. Walker,
Attorney for Plaintiff

SO STIPULATED:

PHILLIP A. TALBERT
United States Attorney

Dated:  August 3, 2016     By:   /s/ *Cynthia B. De Nardi\**
(*authorized by e-mail on 8/3/2016*)
Cynthia B. De Nardi
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Based on the stipulation of the parties, IT IS ORDERED that the deadline for Plaintiff to file her motion for summary judgment in this action is extended through August 12, 2016.  No additional extensions of time will be granted to Plaintiff.  It is further ORDERED that defendant's deadline to respond to plaintiff's motion for summary judgment is extended through October 15, 2016.  All other aspects of the Scheduling Order previously issued in this action remain unchanged.

Dated;  August 8, 2016.

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge